■ URBAN SOCCER, INC., Appellant, v ROYAL WINE CORPORATION, Respondent. [48 NYS3d 601]—

Judgment, Supreme Court, New York County (Shirley Werner Kornreich, J.), entered August 22, 2016, dismissing the complaint, unanimously affirmed, with costs. Appeal from order, same court and Justice, entered on or about August 8, 2016, which, inter alia, granted defendant's motion to dismiss the complaint, unanimously dismissed, without costs, as subsumed in the appeal from the judgment.

The unambiguous rider to the sublease gave defendant sublessor the sole right to terminate the sublease and retain plaintiff's deposit if the City of New York did not consent to the sublease within five months of June 11, 2015 (*see Rogan LLC. v YHD Bowery Commercial Unit LLC*, 132 AD3d 612 [1st Dept 2015]). Plaintiff had no right to declare the sublease null and void, and certainly not before the passage of the five-month period.

We have considered plaintiff's remaining contentions and find them unavailing. Concur—Tom, J.P., Friedman, Mazzarelli, Kapnick and Kahn, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JONATHAN DELEON, Appellant. [48 NYS3d 601]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (James M. Burke, J.), rendered March 11, 2015, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Tom, J.P., Friedman, Mazzarelli, Kapnick and Kahn, JJ.